■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO MERCADO, Appellant.—Judgment, Supreme Court, Bronx County (Solomon Katz, J.), rendered on December 18, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Asch, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v JOHN GRILLO. —Motion to amend the remittitur of this court [129 AD2d 1014] entered April 9, 1987, granted, as indicated. Concur— Kupferman, J. P., Sandler, Asch, Milonas and Rosenberger, JJ.